204 P.3d 500

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**March 23, 2009**

| 29089 | Fernandez v. Correa | Affirmed |
| 27950 | State v. Gonsalves | Vacated and Remanded |

**March 25, 2009**

| 28931 | Stowers v. State | Affirmed |

**March 27, 2009**

| 29019 | State v. Lawhead | Affirmed |

**March 31, 2009**

| 28877 | State v. Corder | Vacated and Remanded |
| 28894 | State v. Driessen | Affirmed |
| 29103 | State v. Guinan | Affirmed; Vacated and Remanded |
| 29100 | State v. Johnson | Affirmed |

**April 1, 2009**

| 29142 | "C" Children, In re | Affirmed |

**April 2, 2009**

| 29058 | State v. Chin | Affirmed; Vacated and Remanded |

**April 3, 2009**

| 28384 | State v. Pascual | Vacated and Remanded |

**April 7, 2009**

| 28070 | Connors v. Cassidy | Affirmed |
| 27850 | State v. Line | Affirmed |
| 27963 | State v. Sysomboun-Makilan | Affirmed |